ANTOINETTE YURKOW v. STEVE'S AUTO BODY AND THE HANOVER INSURANCE COMPANY.

December 18, 1987.

Leave to appeal granted, and the order of the Appellate Division is summarily modified to permit appellant to use the

brief she submitted on the motion for leave to appeal as her brief on the appeal.

The Court notes that the County of Camden has voluntarily agreed to pay for the preparation of the transcript on Appellant's behalf.